**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RODRIGO VASQUEZ HERNANDEZ,           No. C-11-0119 TEH (PR)

12                  Petitioner,

13          v.                           ORDER OF DISMISSAL

14   R. GROUNDS, Warden,

15                  Respondent.

16   _____/

17

18          Petitioner, a state prisoner presently incarcerated at the

19   Correctional Training Facility in Soledad, California, has filed a

20   document captioned "SUCCESSIVE HABEAS CORPUS PETITION FOR REVIEW."

21   Doc. #1.  Cursory review of the Petition shows that Petitioner is

22   challenging a criminal judgment from Santa Clara County superior

23   court.  See Doc. #1-2 at 2-3.

24          According to the Court's docket, on June 9, 2008,

25   Petitioner filed a petition challenging the same judgment, and this

26   Court denied relief on August 3, 2009.  See Hernandez v. Evans, No.

27   C-08-2892-TEH (PR), Doc. #14.  Petitioner appealed, and that appeal

28   is pending before the Ninth Circuit.  See id., Doc. ## 25 & 27.

**United States District Court**
For the Northern District of California

1    During the pendency of Petitioner's appeal of the denial

2  of his petition filed in 2008, he has filed both in this Court and

3  in the Ninth Circuit a second or successive habeas petition.  See

4  Hernandez v. Evans, No. C-08-2892-TEH (PR), Doc. #27; Hernandez v.

5  Grounds, No. C-11-0119-TEH (PR), Doc. #1.  In an order dated October

6  10, 2010 and filed in this Court on November 10, 2010, the Ninth

7  Circuit denied without prejudice Petitioner's application for

8  authorization to file a second or successive 28 U.S.C. § 2254

9  petition in this Court "because petitioner's appeal of the denial of

10 his first habeas corpus petition is still pending in this court in

11 appeal no. 09-16975."  See Hernandez v. Evans, No. C-08-2892-TEH

12 (PR), Doc. #27.

13    For the same reasons articulated by the Ninth Circuit,

14 i.e., because Petitioner's appeal from his initial petition is still

15 pending before that court, the instant Petition for Writ of Habeas

16 Corpus, Hernandez v. Grounds, No. C-11-0119-TEH (PR), Doc. #1, is

17 DISMISSED WITHOUT PREJUDICE.

18    The Clerk is directed to terminate any pending motions as

19 moot and close the file.

20

21    IT IS SO ORDERED.

22

23 DATED    _01/21/2011_    _____

24                          THELTON E. HENDERSON
                            United States District Judge

25

26

27 G:\PRO-SE\TEH\HC.11\Hernandez-11-119-dismissal-successive.wpd

28                          **2**