IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO VASQUEZ HERNANDEZ,<br><br>            Petitioner,<br><br>     v.<br><br>R. GROUNDS, Warden,<br><br>            Respondent.<br>_____/ | No. C-11-0119 TEH (PR)<br><br>ORDER VACATING ORDER DENYING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> AND GRANTING LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> |

Petitioner has filed an updated Certificate of Funds in Prisoner's Account indicating for most of 2012, the average monthly deposits into his trust account totaled $3.86 and the average monthly balance totaled $5.10. In light of Petitioner's filing, the Court's earlier order denying leave to proceed <u>in forma pauperis</u> is VACATED. Doc. #5. Petitioner is granted leave to proceed <u>in forma pauperis</u>. Doc. #4. No filing fee is due. This case remains closed.

        IT IS SO ORDERED.

DATED    _06/18/2012_                    _____
                                         THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\HC.11\Hernandez-11-119-grant ifp.wpd